**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| FIRST FARMERS BANK & TRUST CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 1:25-cv-02259-TWP-MG |
| BERKLEY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# DEFENDANT BERKLEY INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Berkley Insurance Company ("BIC"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and S.D. Ind. L.R. 56-1, respectfully moves for summary judgment in its favor and against Plaintiff First Farmers Bank & Trust Co. ("First Farmers") on all claims asserted in the Complaint.

As set forth more fully in the accompanying brief in support of this motion, there is no genuine dispute as to any material fact,[1] and BIC is entitled to judgment as a matter of law. The undisputed facts establish that the losses incurred by First Farmers as a result of the loan it extended to the fraudster impersonating David Njoku fall outside the policy's coverage and that BIC has no obligation to indemnify First Farmers for the claimed loss.

Accordingly, BIC requests that the Court enter summary judgment in its favor and against First Farmers; award BIC its reasonable attorneys' fees, costs, and any other relief recoverable under applicable law, the policy, or other governing authority; and grant all further relief the Court deems just and proper.

[1] BIC disputes certain facts First Farmers included in its brief as material facts, but the facts which BIC disputes are not material to the parties' cross-motions for summary judgment.

The basis of BIC's Cross-Motion for Summary Judgment is set forth in BIC's Brief in Support of Its Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment, filed contemporaneously herewith and incorporated by reference as if fully set forth herein. BIC also incorporates herein by reference the Stipulated Facts, including Exhibits A through M, Dkt. Nos. 25, and 25-1 through 25-13. Additional evidence offered in support of this Motion is attached to BIC's Appendix of Evidence in Support of Its Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment, also filed contemporaneously herewith in compliance with the local rules.

Respectfully submitted,

*/s/ Michael Keeley*

**MICHAEL KEELEY** (admitted *pro hac vice*)
Texas State Bar No. 11157800
mkeeley@clarkhill.com
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, TX 75202-3794
(214) 651-4718
(214) 659-4121 Fax

-and-

**SCOTT A. HARKNESS**
Indiana Bar No. 16418-49
sharkness@ncs-law.com
**KATELYN H. JUERLING**
Indiana Bar No. 34332-49
kjuerling@ncs-law.com
**NORRIS CHOPLIN SCHROEDER**
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
(317) 269-9330
(317) 269-9338 Fax

**ATTORNEYS FOR DEFENDANT**
**BERKLEY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been filed electronically in CM/ECF as prescribed by the Court's electronic case filing procedures and that a true and correct copy thereof is thereby being served electronically under Fed. R. Civ. P. 5 on counsel for plaintiff, as listed below, on July 13, 2026:

Curtis T. Jones
cjones@boselaw.com
Nathan T. Danielson
ndanielson@boselaw.com
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

*/s/ Michael Keeley*
Michael Keeley