UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIRST FARMERS BANK & TRUST CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02259-TWP-MG |
| | ) | |
| BERKLEY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR SEPTEMBER 3, 2026**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Parties to contact the magistrate judge's chambers once a ruling the pending motions for summary judgment is entered.

Date: 9/3/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.